FILED
2018 JUN 27 PM 12: 0

1  Name: William G Scott Wright Jr
2  Address: 309 East A2 Ave
3  Ruston LA. 71270
4  Phone: _____
5  Plaintiff In Pro Per
6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9
10  William G Scott Wright Jr  )  Case No.: CV18-05673-DSF(GJSx)
                                  (To be supplied by the Clerk)
11        PLAINTIFF,           )  COMPLAINT FOR:
                               )  A debt that is owed. I,
12    vs. Dept of Treasury     )  have not recieved monies,
13    Ford Motor Company       )  that the Appeal of overturn,
                               )  a Dist gcmct Dicision.
14    Wells Fargo Bank L.A. CA )  And a Federal Reserve,
15    U.S. Bank. L.A. CA,      )  Bank Surety Bond which,
                               )  is mine that a loan was given,
16    Chase Bank Ruston La     )  to the City of LA, CA. for a,
                               )  Transportation proposal, and
17    Comptroller (OCC)        )  the Entrepostkins of $10,000,
                                  Jury Trial Demanded
                               )  was sent to the city of,
18       DEFENDANT(S),         )  Ruston La. which I never
19  U.S.O.A. Veterans Affairs  )  recieved.
    City of Ruston La. 71270
20
21              **I. JURISDICTION**
22
     1. This Court has jurisdiction under Titles of United
23  States Codes And United States,
24  Code Annotated Title 1 Section,
25  204 Titles that were Enacted into,
26  Positive Law Titles 12 et.
27  Penske G.M.C. Cad Torrance CA. South Bay
28  Inglewood CA. City Towing

1-2

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 6-27-18

Sign: *William Scott Wright*
Print Name: William Scott Wright JR

Plaintiff in pro per

## II. VENUE

2. Venue is proper pursuant to Former CT Decision, on more than one matter that has, to be address before the courts extended from a Dist ct 9cir Decision upholding a complaint as well as one or more Inmates, or opinion or judgement of a higher CT Fed Rehay.

## III. PARTIES

3. Plaintiff's name is William A Scott Wright III Plaintiff resides at: 309 East A2 Ave Ruston La. 71270 - Also works out of, 301 West First St L.A. CA. L.A. County Legal Lib that houses the U.S. D.A. Appeals courts as well as U.S.D.A. Sup Ct.

4. Defendant Ruston City Treasury Ruston La, Wells Fargo Bank L.A. CA Chase Bank Ruston La, U.S. Bank L.A. CA (O.C.C.) Comptroller.

5. Defendant A.T.T. Corp. Ruston LA. & Monroe LA, Ford motor Corp Company. Penske G.M.C. Cadi co. Torrance CA, South Bay Inglewood CA, City of Inglewood 2+2, d towing service,

## IV. STATEMENT OF FACTS

*Insert ¶ #*

_____

*Insert ¶ #*

_____

*Insert ¶ #*

_____

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

___:___
*Insert ¶ #*

___:___
*Insert ¶ #*

___:___
*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

## SECOND CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

_Insert ¶ #_ _____

_____

_____

_____

_____

_Insert ¶ #_ _____

_____

_____

_____

_____

_Insert ¶ #_ _____

_____

_____

_____

## THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____ )

*Insert ¶ #*

_____

*Insert ¶ #*

_____

*Insert ¶ #*

_____

# FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

_Insert ¶ #_ _____

_____

_____

_____

_____

_Insert ¶ #_ _____

_____

_____

_____

_____

_____

_Insert ¶ #_ _____

_____

_____

_____

_____

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____
*Insert ¶ #*

_____
*Insert ¶ #*

_____
*Insert ¶ #*

_____
*Insert ¶ #*

Pro Se Clinic Form                                   *Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 6-27-18

Sign: *William Scott Wyatt Jr*
Print Name: William Scott Wyatt Jr.
Plaintiff in pro per